IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02054-RPM-CBS

JASON PACK,

    Plaintiff,

v.

STATES RECOVERY SYSTEMS, INC.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulated Motion to Dismiss with Prejudice [27] filed March 6, 2012, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.  All remaining deadlines are vacated.

    DATED:  March 7th, 2012

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge